**UNITED STATES DISTRICT COURT DISTRICT OF MASSACHUSETTS**

| | |
|---|---|
| CHRISTOPHER DAWSON,<br><br>Plaintiff,<br><br>v.<br><br>LITTON LOAN SERVICING, LP, OCWEN FINANCIAL CORPORATION, and OCWEN LOAN SERVICING, LLC,<br><br>Defendants. | CIVIL ACTION NO. 16-cv-10069-WGY |

**PLAINTIFF'S MOTION FOR RECONSIDERATION OF THE COURT'S ORDER ENTERED MARCH 10, 2016**

NOW COMES Christopher Dawson, by and through his counsel, and respectfully moves this Honorable Court to reconsider its order entered on March 10, 2016 for the reasons stated in the memorandum of law submitted herewith.

WHEREFORE, the plaintiff prays that this Honorable Court:

A. Reconsider the dismissal;

B. Allow this case to continue; and

C. For other orders this Court deems equitable and just.

Dated: April 6, 2016

Respectfully submitted,

Attorney for the Plaintiff,

Christopher Dawson,

/s/ Gregg S. Tarayan

Gregg S. Tarayan, Esq.
Law Office of Gregg S. Tarayan
60 Island Street
Lawrence, MA 01840
(978) 566-9153
BBO # 674885
Email: gtarayan@gmail.com

Dated: April 6, 2016

**CERTIFICATE OF SERVICE**

I, Gregg S. Tarayan, hereby certify that the documents filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non-registered participants on April 6, 2016.

/s/ *Gregg S. Tarayan*
Gregg S. Tarayan